**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 17, 2012 |
| Court Reporter: Janet Coppock | Time: 27 minutes |
| Probation Officer: Sergio Garza | Interpreter: Marcella Salazar |

**CASE NO.  11-CR-00343-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Lillian Alves |
| Plaintiff, | |
| vs. | |
| **JOEL MELKIN BANEGAS-PACHECO,** | Edward Pluss |
| Defendant. | |

**SENTENCING**

**9:03 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn with no challenges to her/his qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00343-PAB
February 17, 2012

**ORDERED:** Defendant's Amended Objections to Presentence Investigation Report (Doc #28), is **WITHDRAWN**.

**ORDERED:** United States' Motion for 1-Level Variance in Defendant's Offense Level for Acceptance of Appellate Waiver (Doc #17), is **GRANTED.**

Argument by Mr. Pluss in support of defendant's Motions for Non-Guideline Sentence and comments addressing sentencing.

Argument by Ms. Alves and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motions for Non-Guideline Sentences (Docs #20 and 22), are **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **November 1, 2011** to the one count **Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **51** months.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney.

Page Three
11-CR-00343-PAB
February 17, 2012

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:30 a.m.**    **COURT IN RECESS**

**Total in court time:**    **17 minutes**

**Hearing concluded**